# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAMUEL L. PIERCE,**
Appellant,

v.

**VERO BEACH IMPORT AUTO SERVICE, INC.** and
**GERARDO FULCHINI,**
Appellees.

No. 4D2023-1640

[May 2, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 2022CA000486.

Samuel L. Pierce, Vero Beach, pro se.

Francesca M. Stein and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***